☒ FILED  ☐ LODGED

**Feb 19 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1 RACHEL C. HERNANDEZ
Acting United States Attorney
2 District of Arizona
LON R. LEAVITT
3 Assistant United States Attorney
Arizona Bar No. 35825
4 Two Renaissance Square
40 North Central Avenue, Suite 1800
5 Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
6 Email: Lon.Leavitt@usdoj.gov

7 *Attorneys for the United States of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Verity Investigations, LLC, | CV-24-01431-PHX-SMM |
| Plaintiff-Relator, | **THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |
| v. | |
| Kovach Enclosure Systems LLC, | |
| Defendant. | *EX PARTE* **AND UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America respectfully notifies the Court of its decision not to intervene in this action, which "may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). The Ninth Circuit has held that, notwithstanding this language, the United States has the right to a hearing only when it objects to a settlement or dismissal of the action. *See United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States respectfully requests that the Court provide the United States with notice and an opportunity to be heard before ruling on or granting any request or proposal to dismiss, settle, or otherwise discontinue this case. *See id*.

- 1 -

1       The United States also respectfully (1) requests that all pleadings, notices of appeal,
2 and other documents filed in this action be served upon counsel for the United States; (2)
3 requests that orders issued by the Court be sent to counsel for the United States; and (3)
4 reserves its rights to order deposition transcripts at its own expense, to seek dismissal of
5 the relator's action or claim, and to seek to intervene at a later date upon a showing of
6 good cause.  *See* 31 U.S.C. § 3730(c).

7       Finally, the United States respectfully requests that the complaint, this notice, and
8 the accompanying proposed order be unsealed, but that all other papers on file in this
9 action remain under seal.  In discussing the content and extent of the United States'
10 investigation, such papers are provided by law to the Court alone, *in camera*, for the sole
11 purpose of evaluating whether the seal and time for making an election to intervene should
12 be extended.  *See* 31 U.S.C. § 3730(b)(3) (motions to extend the seal and intervention
13 deadline "may be supported by affidavits or other submissions in camera"); *United States*
14 *ex rel. Meythaler v. Encompass Health Corp.*, No. 2:20-CV-235-GMB, 2021 WL 871347,
15 at *2 (N.D. Ala. Mar. 9, 2021) (following other courts in keeping under seal documents
16 the United States filed that reveal substantive details about the investigative process);
17 *United States ex rel. Colorado v. Rocky Mountain Gastroenterology Assocs.*, *PLLC*, No.
18 14-CV-00128-RM-MEH, 2015 WL 3494501, at *2 (D. Colo. June 2, 2015) (maintaining
19 seal on the United States' motions for extension of time to elect to intervene because
20 "those submissions discuss confidential details of [the United States'] investigation of the
21 alleged violations and were made with the understanding that they were *in camera*
22 submissions under the False Claims Act"); *United States ex rel. O'Keefe v. McDonnell*
23 *Douglas Corp.*, 902 F. Supp. 189, 192 (E.D. Mo. 1995) (unsealing various documents,
24 including the complaints, but permitting materials that provided some "substantive details
25 regarding the government's methods of investigation" to remain under seal).
26 / / /
27 / / /
28 / / /

1  A proposed order accompanies this notice.

2  RESPECTFULLY SUBMITTED February 19, 2025.

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

_____
LON R. LEAVITT
Assistant United States Attorney