Stephen Shackelford, Jr. (*to seek pro hac vice*)
Steven M. Shepard (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

Spencer G. Scharff
SCHARFF PC
502 W. Roosevelt Street
Phoenix, AZ 85003
State Bar No. 028946
spencer@scharffplc.com
Telephone: (602) 739-4417

Attorneys for Relator Verity Investigations, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, *ex rel.* Verity Investigations, LLC, <br><br> Plaintiff/Relator, <br><br> v. <br><br> Kovach Enclosure Systems LLC, <br><br> Defendant. | Case No. CV-24-01431-PHX-SMM <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Verity Investigations, LLC, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice against Kovach Enclosure Systems LLC ("Kovach") or the United States. Kovach has not answered or moved for summary judgment. Relator has conferred with counsel for the United States and the United States has consented to dismissal of the action pursuant to 31 U.S.C. § 3730(b)(1).

Dated: April 1, 2025

Spencer G. Scharff
SCHARFF PC

Steven M. Shepard
Stephen Shackelford
SUSMAN GODFREY LLP

By: /s/ Spencer G. Scharff
Spencer G. Scharff

Attorneys for Relator
Verity Investigations, LLC